**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MISS EURAINA S. JERRY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PHILA, PA, *et al.*,** | : | **26-CV-2223** |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 14th day of April, 2026, upon consideration of Plaintiff Miss Euraina S.

Jerry's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it

is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    For the reasons in the accompanying Memorandum, the Complaint is

**DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

4.    The Court certifies that any appeal from this Order is not taken in good faith.  *See*

28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/  Harvey Bartle III**
_____
                                                                                      **J.**